## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

```
In re:
        Alberto Cross aka Alberto Cross, Sr., *    Case No. 12-27927-WIL
                                            *      Chapter 13
                Debtor                      *
                                            *
*   *   *   *   *   *   *   *   *   *   *   *   *   *
        Deutsche Bank National Trust        *
        Company, as Trustee                 *
        c/o Onewest Bank FSB                *
                Movant                      *
            v.                              *
                                            *
        Alberto Cross aka Alberto Cross, Sr., *
                                            *
                Debtor/Respondent           *
                    and                     *
        Timothy P. Branigan                 *
                Trustee/Respondent          *
*   *   *   *   *   *   *   *   *   *   *   *   *   *
```

## RESPONSE TO MOTION FOR
## RELIEF FROM AUTOMATIC STAY

Now comes the Debtor, through his undersigned attorney, and respond to the Motion for Relief from the Automatic Stay and state:

1) The Debtor admits the allegations contained in paragraph 1 of the Motion.
2) The Debtor neither admits nor denies the allegations contained in paragraph 2 of the Motion.
3) The Debtor admits the allegations contained in paragraphs 3, 4, and 5 of the Motion.
4) The Debtor neither admits nor denies the allegations contained in paragraphs 6, 7, 8, 9, 10, and 11 of the Motion.
5) The Debtor admits the allegations contained in paragraph 12 of the Motion.
6) The Debtor denies the allegations contained in paragraphs 13, 14, 15, and 16 of the Motion.
7) The Debtor states a response is not needed for paragraph 17 of the Motion.
8) The Debtor neither admits nor denies the allegations contained in paragraph 18 of the Motion.

WHEREFORE, the Debtors request that this Honorable Court deny the Motion.

/s/ Alon J. Nager, Esquire
Alon J. Nager, #28551

        Chaifetz & Coyle, P.C.
        7164 Columbia Gateway Drive
        Suite 205
        Columbia, MD 21046
        (443) 546-4608
        anager@chaifetzandcoyle.com

## CERTIFICATE OF MAILING

    I HEREBY CERTIFY that on this 15th day of October 2013 a copy of the foregoing Response to Motion for Relief from Stay was sent via electronic mail to: bankruptcy@bww-law.com, the Chapter 13 Trustee and the Office of the U.S. Trustee located in Greenbelt, Maryland.


        /s/ Alon J. Nager
        Alon J. Nager