**SO ORDERED**



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

**In re:   Case No.:   12–27927 – WIL   Chapter:   7**

Alberto Cross Sr.
13110 Fox Hall Drive
Silver Spring, MD 20906

### ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE ON MOTION OF CHAPTER 13 TRUSTEE AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

Upon consideration of the motion to dismiss filed by the Chapter 13 Trustee, and it appearing that cause exists for this case to be dismissed pursuant to 11 U.S.C. § 1307(c) in the best interests of creditors and the estate, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above–referenced Chapter 13 case is dismissed; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor(s), the Trustee shall first deduct and remit to the Clerk the amount of **$0.00** for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor(s)
      Attorney for Debtor(s) – Michael Patrick Coyle
      Chapter 7 Trustee – Janet M. Nesse
      U.S. Trustee

**End of Order**

18.13 – *laspivey*